## Demovsky Lawyer Service

Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**TRUSTEE OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES HEALTH
FUND, UNITE HERE! and TRUSTEES OF
THE LAUNDRY, DRY CLEANING WORKERS
AND ALLIED INDUSTRIES RETIREMENT
FUND, UNITE HERE!,**
       Plaintiff(s),

  -against-

**HOME LAUNDRY SERVICE, INC.,**
       Defendant(s).
-----------------------------------------------------------------X

Index No. 07 CIV. 5980
**JUDGE McMAHON**
<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK  )
         S.S.:
COUNTY OF NEW YORK)

**TIMOTHY M. BOTTI**, being duly sworn, deposes and says:

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made, and is employed by the attorney service, DLS, INC.

That on the 5th day of July 2007, at approximately 12:55 p.m., deponent served a true copy of the **SUMMONS IN A CIVIL CASE AND COMPLAINT** upon Home Laundry Service, Inc. at 421 3rd Street, Jersey City, NJ 07302, by personally delivering and leaving the same with John Miele, Owner, who informed deponent that he is an officer authorized by law to receive service at that address.

John Miele is a white male, approximately 52 years of age, stands approximately 5 feet 10 inches tall, and weighs approximately 175 pounds with curly black hair and dark eyes. He has a mustache.

**TIMOTHY M. BOTTI #843358**

Subscribed and sworn to this
9th day of July, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com