UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of
ARBITRATION OF DISPUTES

between

LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Plaintiffs,

and

HOME LAUNDRY SERVICE, INC.,
Defendant.

**AFFIDAVIT OF SERVICE**
**07 CIV. 5980 (CM)**

STATE OF NEW YORK        )
                         ) ss.
County of New York       )

Sabrina Brooks, being duly sworn, deposes and says:

1. I am over 18 years of age, am not a party to this action and reside in the Borough of Queens, New York 11421.

2. On September 7, 2007, I served the Defendant herein with a letter of the scheduled Initial Conference causing a true copy of said paper addressed to the Respondent at 419 Third Street, Jersey City, New Jersey 07302, to be delivered to Mr. Val Miele for overnight delivery service, Waybill number 60378972743 and via facsimile.

_____
Sabrina Brooks

Sworn to, before me, this 10th day of September 2007.

_Michele Reid_

**MICHELE REID**
**Notary Public, State of New York**
**No. 01RE6159608**
**Qualified in Kings County**
**Commission Expires** 01/22/2011