UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES HEALTH
FUND, UNITE HERE! and TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND ALLIED
INDUSTRIES RETIREMENT FUND, UNITE HERE!,
     Plaintiff(s),                              Index No. 07 CIV. 5980 (CM)

   -against-                                       AFFIDAVIT OF SERVICE

HOME LAUNDRY SERVICE, INC.,
     Defendant(s).
------------------------------------------------------------X
STATE OF NEW YORK   )
                       S.S.:
COUNTY OF NEW YORK)

        TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

        That on the 7th day of September 2007, at approximately 11:40 a.m., deponent served a true copy of the **FIRST AMENDED COMPLAINT** upon Home Laundry Service, Inc. at 421 3rd Street, Jersey City, NJ 07302, by personally delivering and leaving the same with Val Miele, Treasurer, who informed deponent that he is an officer authorized by law to receive service at that address.

        Val Miele is a white male, approximately 47 years of age, stands approximately 5 feet 9 inches tall and weighs approximately 160 pounds with short black hair and dark eyes.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
11th day of September, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20__