UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TRUSTEES OF THE LAUNDRY, DRY CLEANING
WORKERS AND ALLIED INDUSTRIES HEALTH
FUND, UNITE HERE! and TRUSTEE OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND,
UNITE HERE!,
        Plaintiff(s),

   -against-
HOME LAUNDRY SERVICE, INC.,
        Defendant(s).
------------------------------------------------------------X

Index No. 07 CIV. 5980(CM)

AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
                    S.S.:
COUNTY OF NEW YORK)

      TIMOTHY M. BOTTI, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

      That on the 4th day of October 2007, at approximately 11:20 a.m., deponent served a true copy of the **PLAINTIFFS' SECOND AMENDED COMPLAINT** upon Home Laundry Service, Inc. at 421 3rd Street, Jersey City, NJ 07302, by personally delivering and leaving the same with Anthony Cianicullo, Sales Manager, who informed deponent that he is an agent authorized by appointment to receive service at that address.

      Anthony Cianicullo is a white male, approximately 60 years of age, stands approximately 6 feet 2 inches tall and weighs approximately 240 pounds with black/gray hair and dark eyes.

_____
TIMOTHY M. BOTTI #843358

Sworn to before me this
10th day of October, 2007

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20_08_