UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES HEALTH FUND, UNITE HERE! and
TRUSTEES OF THE
LAUNDRY, DRY CLEANING WORKERS AND
ALLIED INDUSTRIES RETIREMENT FUND, UNITE HERE!,
Plaintiffs,

against

HOME LAUNDRY SERVICE, INC.,
Defendant.

NOTICE OF DISMISSAL
PURSUANT TO RULE 41(A)
07 Civ. 5980 (CM)

SIRS:

**PLEASE TAKE NOTICE**, that the Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Health Fund, UNITE HERE! and Trustees of the Laundry, Dry Cleaning Workers and Allied Industries Retirement Fund, UNITE HERE! (hereinafter, the "Plaintiffs"), having commenced the within action by filing the Summons and Complaint on June 25, 2007, and a copy of the Summons and Complaint having been served on Home Laundry Service, Inc. (hereinafter, the "Defendant"), and no Answer, Counterclaim nor Motion for Summary Judgment having been served by the Defendant, and it being the Plaintiffs' intention to voluntarily dismiss this action without prejudice; it is

**THEREFORE**, pursuant to the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, the within action is hereby voluntarily dismissed without prejudice.

Dated: October 17, 2007
New York, New York

_____
Mark Schwartz, Esq. / MS 0148
Attorney for Plaintiffs
730 Broadway, 10th Floor
New York, New York 10003-9511
(212) 539-5275

SO ORDERED:

_____
Colleen McMahon
United States District Court Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/19/07